UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MARIO HERNANDEZ,<br><br>  Petitioner,<br><br>  vs.<br><br>WARDEN AT DUEL VOCATIONAL INSTITUTION,<br><br>  Respondent. | 1:07-cv-01489-OWW-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **November 2, 2007**                           **/s/ Theresa A. Goldner**
                                                      UNITED STATES MAGISTRATE JUDGE