FILED

DEC 13 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY THE_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MARIO HERNANDEZ, ) | 1:07-cv-01489 OWW |
| ) | |
| Petitioner) | |
| vs. ) | |
| ) | ORDER RE REQUEST FOR |
| WARDEN AT DUEL VOCATIONAL ) | SUSPENSION OF PAROLE |
| INSTITUTION ) | |
| ) | |
| Respondent) | |

The above-named petitioner has filed a motion to suspend parole pending the outcome of this Court's decision.

The Court lacks jurisdiction to grant the relief requested by the petitioner's 11/27/07 letter.

THE REQUEST IS DENIED.

SO ORDERED.

Dated: 12-13-07

OLIVER W. WANGER
United States District Judge

1