1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH MARIO HERNANDEZ, | ) | 1:07-cv-01489-OWW-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION (Doc. 10) |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS (Doc. 1) |
| | ) | |
| WARDEN AT DUEL VOCATIONAL | ) | ORDER DIRECTING CLERK OF COURT |
| INSTITUTION, | ) | TO ENTER JUDGMENT |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

        On July 8, 2008, the Magistrate Judge assigned to the case filed a Findings and

Recommendation recommending the petition for writ of habeas corpus be dismissed because the

petition is unexhausted.  (Doc. 10).  This Findings and Recommendation was served on all

parties and contained notice that any objections were to be filed within twenty days from the date

of service of that order.  To date, the parties have not filed timely objections to the Findings and

Recommendation.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1

1   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

2   the Magistrate Judge's Findings and Recommendation is supported by the record and proper

3   analysis.

4        Accordingly, IT IS HEREBY ORDERED that:

5        1.      The Findings and Recommendation, filed July 8, 2008 (Doc. 10), is ADOPTED

6                IN FULL;

7        2.      This petition for writ of habeas corpus (Doc. 1), is DISMISSED as unexhausted;

8                and,

9        3.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

10       This order terminates the action in its entirety.

11   IT IS SO ORDERED.

12   **Dated:    August 19, 2008**                        **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28